# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand and fourteen.

_____

John Murphy, *et al.*,

Plaintiffs-Appellants,

v.

Midland Credit Management, Inc., *et al.,*

Defendants-Appellees.

_____

**ORDER**
Docket No. 14-1318

Appellants have filed a motion "for certificate of appealability" in which they request that this Court hold that the district court's opinion and order dated March 26, 2014 was a final order, for all practical purposes, ending the action in the district court.

IT IS HEREBY ORDERED that the motion will be determined by a motions panel in due course. IT IS FURTHER ORDERED that the briefing schedule is stayed pending the panel's determination of the motion.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

